UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YOK

_____

TARA L. O'HANLON,

                Plaintiff,

    v.                                    Civil Action No. 1: 12-cv-965

WINDHAM PROFESSIONALS, INC.,

                Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Tara L. O'Hanlon, hereby voluntarily dismisses this action, with prejudice, against Defendant, Windham Professionals, Inc.

Dated:  November 14, 2012

   /s/ Brad J. Davidzik_____
Brad J. Davidzik, Esq.
Jeffrey Freedman Attorneys at Law
Attorneys for Plaintiff
424 Main Street, Suite 622
Buffalo, New York 14202
Telephone: 716.856.7091
Facsimile:  716.856.7097